THE PEOPLE ex rel. TERESA A. DOYLE, Respondent, *v.* ANDREW H. GREEN et al., Appellants.

(Argued May 25, 1875; decided June 1, 1875.)

REPORTED below, 3 Hun, 755.

*William Barnes* for the appellants.

*James A. Deering* for the respondent.

Agree to affirm on opinion of court below, and on opinion of DALY, J., in *People ex rel. Ward* v. *Asten et al.* (*ante*, page 623).

All concur.

Order affirmed.

---

THE PEOPLE ex rel. PETER A. YOUNGBLOOD, Appellant, *v.* THOMAS B. ASTEN et al., as and composing the Board of Assessors, etc., Respondents.

(Argued May 25, 1875; decided June 1, 1875.)

*William Barnes* for the appellant.

*James A. Deering* for the respondents.

Agree to affirm on opinion of court below and opinion of DALY, J., in *People ex rel. Ward* v. *Asten* (*ante*, page 623).

All concur.

Order affirmed.

---

IN THE MATTER OF THE PETITION OF EUGENE KETELTAS TO VACATE AN ASSESSMENT.

(Argued May 25, 1875; decided June 1, 1875.)

Argued and decided with *In re Burke* (*ante*, page 224).